Lemar J. ANDERSON, Plaintiff—
Appellant,

v.

Robert J. HUMPHRES, Commonwealth Attorney, in his individual or personal capacity; Scott Vachris, Commonwealth Attorney, in his individual or personal capacity; Sharon Majewski, Commonwealth Attorney, in her individual or personal capacity; Harvey L. Bryant, III, Commonwealth Attorney, in his individual or personal capacity; John T. Orr, Detective, Police Officer for Virginia Beach Police Department, in his individual or personal capacity; Dennis Armand Herbert, Detective, Police Officer for Virginia Beach Police Department, in his individual or personal capacity; Honorable Thomas H. Padrick, Jr., Judge, Second Judicial Circuit, in his individual or personal capacity; The Virginia Beach City Jail Chief Oversee, in its individual or personal capacity, Defendants—Appellees.

98

No. 07–6054.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 25, 2007.

Decided: July 12, 2007.

Lemar J. Anderson, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and MICHAEL and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lemar J. Anderson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as barred by the applicable two-year statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anderson v. Humphres,* No. 1:06–cv–00653 (E.D.Va. Dec. 7, 2006). We deny Anderson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*